UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEOPOLDO CASTANEDA HERRERA,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL ACTION NO.<br>1:07-CR-0279-29-CAP<br>CIVIL ACTION NO.<br>1:12-CV-2565-CAP |

**O R D E R**

This action is before the court on the magistrate judge's report and recommendation ("R&R") [Doc. No. 2039].  There are no objections by the movant.  Finding no error in the R&R, it is adopted as the opinion and order of this court.

SO ORDERED, this 14th day of March, 2013.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge